UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-23285-CIV-LENARD/WHITE

LARRY DENNIS WELLONS,

    Plaintiff,

vs.

MINH NGUYEN, et al.,

    Defendants.
_____/

FILED by ___ D.C.
OCT - 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER REMANDING CASE

**THIS CAUSE** is before the Court sua sponte. Having reviewed the record, it is hereby:

**ORDERED and ADJUDGED** that this action is remanded to Magistrate Judge Patrick A. White solely for a determination of the effective dates for use of force violations that shall be provided by Defendants, as referenced by Judge White's Order of June 21, 2006. (D.E. 124.)

**DONE AND ORDERED** in Chambers at Miami, Florida this ___6___ day of October, 2006.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White

   All Counsel of Record

   Larry Dennis Wellons, pro se
   Reg #68204-004
   FCI Milan
   P.O. Box 1000
   Milan, MI 48160

   **Case No. 03-23285-CIV-LENARD/WHITE**